IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>U.S. FISH & WILDLIFE SERVICE, an agency within the U.S. Department of Interior,<br><br>　　　　　　Defendant. | CV 19–80–M–DWM<br><br><br>ORDER |

　　　　Before the Court is Defendant's Unopposed Motion to Extend Case Deadlines for Settlement Discussions.  (Doc. 6.)  Defendant having shown good cause to continue the pretrial deadlines,

　　　　IT IS ORDERED that the motion (Doc. 6) is GRANTED.  The Order dated May 8, 2019, (Doc. 3), is VACATED.  The following will govern all pretrial procedures in this case:

　　　　**1. Preliminary Pretrial Statement.**  Counsel for the respective parties shall file and serve on all parties a written preliminary pretrial statement on or before August 22, 2019.  The statement shall address all matters listed in L.R. 16.2(b)(1).

　　　　**2. *Vaughn* Index.**  The government shall prepare and file with the Court, no later than August 22, 2019, a *Vaughn* index identifying the documents withheld,

the FOIA exemptions claimed, and a particularized explanation of why each document falls within the claimed exemption. *See Wiener v. FBI*, 943 F.2d 972 (9th Cir. 1991); *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973).

**3. Rule 26(f) Conference and Case Management Plan.** The parties shall file a proposed case management plan on or before September 9, 2019. The parties shall e-mail a copy of the proposed case management plan in Word format to dwm_propord@mtd.uscourts.gov. Lead trial counsel for the respective parties shall, at least two weeks before the proposed case management plan is due, meet to discuss the nature and basis of their claims and defenses, to develop the proposed case management plan, and to discuss the possibilities for a prompt settlement or resolution of the case. *See* Fed. R. Civ. P. 1. The case management plan resulting from the Rule 26(f) conference is not subject to revision, absent compelling reasons.

**4. Contents of Case Management Plan.** The proposed case management plan should contain deadlines for the following pretrial motions and events or should state that such deadlines are not necessary:

    Motions to Dismiss (fully briefed)
    Certification of Administrative Record
    Motions to Supplement the Administrative Record
    Motions to Amend the Pleadings
    Completion of Discovery
    Motions for Summary Judgment (fully briefed)
    Additional Deadlines Agreed to by the Parties.

"Fully briefed" means that the motion, the brief in support of the motion, and the opposing party's response brief are filed with the Court by the deadline.

5. **Representation at Rule 26(f) Conference.**  Each party to the case must be represented at the Rule 26(f) conference by at least one person with authority to enter into stipulations.

6. **Stipulation to Foundation and Authenticity.**  Pursuant to Rule 16(c)(2)(C), the parties shall either:

(a) enter into the following stipulation:

The parties stipulate as to foundation and authenticity for all written documents produced in pre-trial disclosure and during the course of discovery. However, if receiving counsel objects to either the foundation or the authenticity of a particular document, then receiving counsel must make specific objections to producing counsel in writing within a reasonable time after receiving the document. A "reasonable" time means that producing counsel has sufficient time to lay the foundation or establish authenticity through depositions or other discovery. If the producing party objects to a document's foundation or authenticity, the producing party shall so state, in writing, at the time of production, in sufficient time for receiving counsel to lay the foundation or establish authenticity through depositions or other discovery. All other objections are reserved.

or

(b) state why a stipulation to authenticity and foundation is not appropriate for the case.

7. **Administrative Record.**  If an administrative record is involved, it must be filed on CDs or a thumb drive in an indexed and searchable format. The

government shall provide the plaintiff with the administrative record on or before the administrative record filing deadline set out in ¶ 4, *supra*.

DATED this 24th day of July, 2019.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court