IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
SEP 10 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. FISH & WILDLIFE SERVICE, an agency within the U.S. Department of Interior, <br><br> Defendant. | CV 19–80–M–DWM <br><br><br> ORDER |

Plaintiff having moved unopposed for dismissal pursuant to Rule 41(a)(2),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 10th day of September, 2019.

11:27 A.M.

Donald W. Molloy, District Judge
United States District Court